NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES J. CHAPMAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5140

---

Appeal from the United States Court of Federal Claims in Case No. 09-CV-440, Judge Edward J. Damich.

---

**JUDGMENT**

---

RAYMOND J. TONEY, The Law Office of Raymond J. Toney, of Woodland, California, argued for plaintiff-appellant.

KENNETH D. WOODROW, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 18, 2011        /s/ Jan Horbaly
Date                              Jan Horbaly
                                       Clerk